The Hon. Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| UNITED STATES OF AMERICA, | NO. 2:24-cr-00051-RAJ |
|---|---|
| Plaintiff, | |
| v. | **FINAL ORDER OF FORFEITURE** |
| DAVID MICHAEL BUZZELL, | |
| Defendant. | |

THIS MATTER comes before the Court on the United States' Motion for a Final Order of Forfeiture ("Motion") for the following property ("Subject Property"):

- One black HP laptop (serial number CND649327G), seized from a Bothell, WA residence associated with Defendant on or about November 3, 2023.

The Court, having reviewed the United States' Motion, as well as the other pleadings and papers filed in this matter, HEREBY FINDS that entry of a Final Order of Forfeiture is appropriate because:

- The Subject Property is forfeitable pursuant to 18 U.S.C. § 2253(a) as property Defendant Buzzell used to commit or facilitate his commission of *Possession of Child Pornography*, in violation of 18 U.S.C. §§ 2252(a)(4)(B) and (b)(2);

FINAL ORDER OF FORFEITURE - 1
*United States v. Buzzell,* 2:24-cr-00051-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- On October 9, 2024, the Court entered a Preliminary Order of Forfeiture finding the Subject Property forfeitable pursuant to 18 U.S.C. § 2253(a) and forfeiting the Defendant's interest in it. (Dkt. No. 29)

- Thereafter, the United States published notice of the pending forfeitures as required by 21 U.S.C. § 853(n)(1) and Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(b)(6)(C) (Dkt. No. 30) and sent direct notice, by means reasonably calculated to reach them, to one identified potential claimant, as required by Fed. R. Crim. P. Rule 32.2(b)(6)(A) and Supplemental Rule G(4)(b)(iii)-(v) of the Supplemental Rules for Certain Admiralty and Maritime Claims (*see* Declaration of AUSA Krista K. Bush in Support of Motion for a Final Order of Forfeiture, ¶¶ 2-3, Exhibit A);

- The United States has used all available efforts to provide notice to the identified potential claimant, by means reasonably calculated to reach them. Both notices sent to the potential claimant were successfully delivered. *Id* ¶ 2, Exhibit A; and,

- The time period for filing third-party petitions has expired and none were filed.

NOW, THEREFORE, THE COURT ORDERS:

1. No right, title, or interest in the Subject Property exists in any party other than the United States;

2. The Subject Property is fully and finally condemned and forfeited, in its entirety, to the United States; and,

FINAL ORDER OF FORFEITURE - 2
*United States v. Buzzell,* 2:24-cr-00051-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

3. The United States Department of Justice, the Federal Bureau of Investigation and/or its representatives, are authorized to dispose of the Subject Property as permitted by governing law.

IT IS SO ORDERED.

DATED this 5th day of March, 2025.

_____
The Honorable Richard A. Jones
United States District Judge

FINAL ORDER OF FORFEITURE - 3
*United States v. Buzzell,* 2:24-cr-00051-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970