Judge Richard A. Jones

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>DAVID MICHAEL BUZZELL,<br><br>Defendant. | NO. 2:24-cr-00051-RAJ<br><br>ORDER GRANTING<br>MOTION TO SEAL EXHIBITS |

Having considered the Government's Unopposed Motion to Seal, and because of the sensitive information contained in the exhibits to the Government's Post-Judgment Statement Regarding Restitution, it is hereby ORDERED that the Unopposed Motion to Seal (Dkt. 46) is GRANTED. The exhibits to the Government's Post-Judgment Statement Regarding Restitution shall remain sealed.

DATED this 30th day of April, 2025.

_____
The Honorable Richard A. Jones
United States District Judge

ORDER GRANTING MOTION TO SEAL - 1
*United States v. Buzzell* / 2:24-cr-00051-RAJ

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970