THE HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> DAVID BUZZELL, <br><br> Defendant. | No. CR24-051-RAJ <br><br> ORDER ON RESTITUTION |

THIS MATTER comes before the Court on the government's request for restitution on behalf of the victims of Defendant David Buzzell's offenses. By agreement of the government and defense, the Court makes this determination on restitution upon the parties' written submissions. Dkts. 45, 47, 50.

After reviewing the briefs submitted by the parties, as well as the sealed exhibits submitted by the government providing documentation and information relevant to the individual victims and their claimed losses, the Court finds that:

1. While the Court did not follow the deadlines set in 18 U.S.C. § 3664(d)(5), it ordered that Mr. Buzzell pay restitution at the time of sentencing. The amount and scheduling of any such restitution payments remained an ongoing issue. At this time, restitution should be finalized without limitation pursuant to 18 U.S.C. § 3664(d)(5).

ORDER ON RESTITUTION
(*United States v. Buzzell*, CR24-051-RAJ) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

2. The Court does not have sufficient information to determine Mr. Buzzell's "relative role in the causal process that underlies the victim's losses," 18 U.S.C. § 2259(b)(2)(B), or to conduct the requisite disaggregation of losses that stemmed from the victims' initial harm (or harm caused by others who engage in conduct that harms the identified victims) from the harm caused by Mr. Buzzell's conduct in this case.

3. Restitution is mandatory under 18 U.S.C. § 2259 and Mr. Buzzell is not claiming that any identified victim has been fully compensated for the harm suffered. Pursuant to 18 U.S.C. § 2259(2)(B), the amount of restitution to each victim can be "no less than $3,000.00."

4. As such, the Court Orders restitution in the following amounts:

| Series | Attorney | Amount |
|---|---|---|
| 8kids4 | Tanya Hankins | $3,000 |
| Angela | Tanya Hankins | $3,000 |
| April | Tanya Hankins | $3,500 |
| Ashley081 | Rosemary W. Brewer | $3,000 |
| BluePillow1 | Deborah A. Bianco | $3,000 |
| BluesPink1 | Marsh Law Firm | $3,000 |
| CinderBlockBlue | Marsh Law Firm | $3,000 |
| Jan_Socks1 | Kendra Oyen | $3,000 |
| Jan_Socks2 | Carol Hepburn | $3,000 |
| Jan_Socks3 | Carol Hepburn | $3,000 |
| Jan_Socks4 | Carol Hepburn | $3,000 |
| Jenny | Marsh Law Firm | $3,000 |
| Marineland1 | Carol Hepburn | $3,000 |
| Middle Model Sister | Utah Crime Victims Legal Clinic | $3,000 |
| PinkHeartSisters1 | Marsh Law Firm | $3,000 |
| Sweet Purple Sugar | Deborah A. Bianco | $3,000 |
| Sweet White Sugar | Deborah A. Bianco | $3,000 |
| Tara | Carol Hepburn | $3,000 |
| Vicky | Carol Hepburn | $3,000 |
| **Total:** | | **$57,500.00** |

5. The total amount of restitution owed is $57,500.00.

ORDER ON RESTITUTION
(*United States v. Buzzell*, CR24-051-RAJ) - 2

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100

6. The Court finds that Mr. Buzzell is indigent, and that while incarcerated, he shall make periodic restitution payments of no more than $25.00 per quarter and that interest shall be waived.

IT IS SO ORDERED.

DATED this 5th day of June, 2025.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER ON RESTITUTION
(*United States v. Buzzell*, CR24-051-RAJ) - 3

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100